# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2675NE

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Juvenile B.E.L.V.D., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 15, 1998
Filed: December 28, 1998

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Juvenile B.E.L.V.D. appeals the district court's decision transferring the juvenile for prosecution as an adult. Having reviewed the record and the parties' submissions, we conclude that an extensive discussion is not warranted. Contrary to Juvenile B.E.L.V.D.'s view, the district court carefully considered the discretionary transfer factors and correctly held that it would be in the interests of justice to transfer the juvenile for prosecution as an adult. Having considered Juvenile B.E.L.V.D.'s arguments, we see no error by the district court. We thus affirm the judgment of the district court without further discussion. See 8th Cir. R. 47B. Additionally, if Juvenile B.E.L.V.D. is prosecuted as an adult and convicted, we suggest the district court and

the bureau of prisons consider a placement in Chamberlain Academy in South Dakota or in a facility that offers programs similar to those offered at Chamberlain.

WOLLMAN, Circuit Judge, concurs in the result and concurs in the judgment.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.